**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No: 24-cr-00251-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RONALD KING,
2.   VICTOR ROITER,
3.   TINA WELLMAN,
4.   ADAM SHORR,
5.   ROBERT O'SULLIVAN,
6.   BRADLEY EDSON,
7.   JOHN GAUTEREAUX,

    Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:   The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

   DATED at Denver, Colorado this 10th day of October, 2024.

                              MATTHEW T. KIRSCH
                              Acting United States Attorney

               By:   *s/ Bryan Fields*
                     Bryan Fields
                     Assistant United States Attorney
                     United States Attorney's Office
                     1801 California Street, Suite 1600
                     Denver, Colorado 80202
                     Telephone: (303) 454-0100

Email: bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 10th day of October, 2024, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Danielle Storinsky*
Legal Assistant
United States Attorney's Office